# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF MONTANA



FILED

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

NOV 1 8 2016

Clerk, U.S. District Court
District of Montana
Billings

YELLOWSTONE COUNTY JUSTICE COURT, BILLINGS, MONTANA

vs.

**Justin R. Sundstrom**      No. **CR 16-22-BLG-SPW**

DOB: **08/21/1986**      PETITION TO OPEN
SEALED RECORDS

SSN: **xxx-xx-3672**

Whereas the above-named defendant has pled guilty to the offense of **Felon in Possession of a Firearm, in violation of 18 U.S.C. 922(g)(1).** He is scheduled for sentencing on January 12, 2017, at the James F. Battin United States Courthouse in Billings, Montana. The Petitioner requests copies of all records relative to the Defendant for investigative purposes pertaining to Court proceedings. These records can include but are not limited to: charging documents, presentence reports, evaluations, sentencing documents, in-custody reports, violations and programming status.

_____
United States Probation Officer

_11-16-16_____
Date

\* \* \* \* \* \* \* \* \* \*
**ORDER**
\* \* \* \* \* \* \* \* \* \*

The Court, having considered the aforementioned petition, does hereby order the release of pertinent records held by any Law Enforcement Agency, Probation Office, Welfare Agency, or Department of Institutions to the Petitioner or authorized agency of the Adult Probation and Parole Officer.

_____
United States District Judge

Dated this 16th day of November, 2016.